

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2019

No. 04-19-00077-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC**, Servicer and Attorney-in-Fact for Wells Fargo Bank, N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset Backed Pass Through Certificates, as Assignee and Successor to New Century Mortgage Corporation,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18492
Honorable Renée Yanta, Judge Presiding

## O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before December 27, 2019. No Further Extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court